IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Richard Canter and Kelly Basilio,** *on behalf of herself and others similarly situated*, | : <br> : <br> : |
| Plaintiffs, | : Case No. 2:23-cv-00923 <br> : |
| v. | : Judge Algenon L. Marbley <br> : Magistrate Judge Elizabeth P. Deavers |
| **Family Service Providers, LLC** | : <br> : |
| Defendant. | : |

**ORDER**

This matter is before the Court on the parties' Joint Status Report (ECF No. 45), filed in response to this Court's September 3, 2024 Order staying this case pending settlement negotiations (ECF No. 44). As stated in the status report, "Defendants have produced payroll records for the putative class members," and the parties are "in the process of exchanging additional records necessary for settlement efforts to be conducted." (ECF No. 45, at 1). In order to "continu[e] their settlement efforts," the parties request an additional 30 days to provide the Court "with another status update . . . on such efforts." (*Id.*).

For good cause shown, the stay is hereby **EXTENDED** through December 4, 2024. The parties are **ORDERED** to file a joint status report on or before that date regarding the progress of settlement discussions and, if applicable, provide a proposed schedule for the remainder of the case. Alternatively, if a settlement is reached, the parties shall promptly notify the Court in writing.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**DATE: November 4, 2024**