# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **Richard Canter** and **Kelly Basilio**, on behalf of themselves and others similarly situated, | : : : : |
| Plaintiffs, | : **CASE NO. 2:23-cv-923** : : **JUDGE MARBLEY** : |
| v. | : **MAGISTRATE JUDGE DEAVERS** : |
| **Family Service Providers, LLC,** | : : |
| Defendant. | : : |

### JOINT NOTICE OF SETTLEMENT

Now come Plaintiffs Richard Canter and Kelly Basilio ("Named Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant Family Service Providers, LLC ("Defendant FSP") (collectively Named Plaintiffs and Defendant will be referred to as the "Parties"), and hereby jointly provide a report regarding the status of their settlement efforts.

On September 4, 2024, this Court first stayed this matter so the parties could engage in settlement efforts. Since that time, the Parties have engaged in settlement discussions in good faith that ultimately resulted in a resolution of all claims in this matter on April 24, 2025. The Parties anticipate filing a Joint Motion for Settlement Approval within 30 days.

Respectfully submitted,

| | |
|---|---|
| */s/ Peter Contreras* | SAKER LAW OFFICES |
| Peter Contreras (0087530) | |
| **CONTRERAS LAW, LLC** | */s/Theodore R. Saker, Jr.* |
| 1550 Old Henderson Road | Theodore R. Saker, Jr. (0023292) |
| Suite 126 | 2929 Kenny Road, Suite 280 |
| Columbus, Ohio 43220 | Columbus OH 43221 |
| Phone: 614-787-4878 | Phone (614) 488-9900 |
| Fax: 614-957-7515 | Fax (614) 488-5238 |
| Email: peter.contreras@contrerasfirm.com | Email ted@saker-law.com |
| *Attorneys for Named Plaintiffs* | *Attorney for Defendant* |
| *and those similarly situated* | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of April 2025, a true and accurate copy of the forgoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                          */s/ Peter Contreras*
                                                          Peter Contreras (0087530)